CAROLINE QUADE, Appellant, *v.* PETER BERTSCH, Individually and as Executor and Trustee under the Will of WILLIAM BROISTEDT, Deceased, et al., Respondents.

*Quade* v. *Bertsch,* 65 App. Div. 600, affirmed.
(Argued January 12, 1903; decided January 27, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 11, 1901, which affirmed a judgment of Special Term construing the will of William Broistedt, deceased.

*James Moffett* for appellant.

*George S. Espencheid, S. M. & D. E. Meeker, Louis Ehrenberg* and *Thomas H. Troy* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.

---

In the Matter of the Accounting of J. DARWIN CHASE, Respondent, as Administrator of the Estate of PHILIP CHASE, Deceased.

HARPER CHASE, Appellant.

*Matter of Chase,* 70 App. Div. 623, affirmed.
(Argued January 12, 1903; decided January 27, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 18, 1902, which affirmed a decree of the Monroe County Surrogate's Court settling the accounts of J. Darwin Chase, as administrator of the estate of Philip Chase, deceased.

*George P. Decker* for appellant.

*William H. Tompkins* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.